# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TIMOTHY O. FANN and EVELYN FANN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CV407-126 |
| CHATHAM COUNTY DETENTION CENTER, McARTHUR HOLMES, and PRISON HEALTH SERVICES, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 18th day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA