# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TIMOTHY O. FANN and EVELYN FANN, <br><br> Plaintiffs, <br><br> v. <br><br> PRISON HEALTH SERVICES, INC., <br><br> Defendant. | Case No. CV407-126 |

## REPORT AND RECOMMENDATION

Prison Health Services ("PHS"), the only remaining defendant in this civil action, has moved to dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.[1] (Doc. 19.) Plaintiffs have not responded to the motion, and it is therefore deemed unopposed. L.R. 7.5.

This *pro se* case was filed on August 27, 2007.[2] (Doc. 1.) On October 3, 2007, due to an oversight, the Court misadvised plaintiffs as to the proper service methods available to them. (Doc. 3.) Consequently, on December 19, 2007, the Court entered an order providing plaintiffs with

---

[1] In the alternative, PHS moves for summary judgment. (Doc. 19.)

[2] Although the case was filed *pro se*, plaintiffs did not proceed *in forma pauperis*, so they were not entitled to service by the U.S. Marshal.

specific instructions that explained how to serve each defendant, including PHS. (Doc. 7.) Plaintiffs were advised to perfect service upon each defendant immediately. (Id.) Despite the Court's clear instructions, PHS alleges that plaintiffs never sent them a waiver of service or perfected service upon them. (Doc. 19 Br. 2.) Accordingly, it never filed an answer or otherwise responded to plaintiffs' complaint. (Id.)

Under Rule 4(m) of the Federal Rules of Civil Procedure, a complaint must be served on a defendant within 120 days of the complaint being filed. Rule 4(m) authorizes the Court to dismiss a complaint without prejudice for failure to serve process in a timely manner. Plaintiffs filed their complaint over ten months ago, and it has been well over 120 days since the Court's order of instructions detailing proper methods of service. Because plaintiffs have failed to perfect service, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 9th day of July, 2008.

/s/ JRSmith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA