# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| TIMOTHY O. FANN and EVELYN FANN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV407-126 |
| PRISON HEALTH SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On June 19, 2008, Prison Health Services ("PHS") filed a motion to dismiss this case. (Doc. 19.) Plaintiffs did not respond to that motion, so the Court treated it as unopposed and issued a Report and Recommendation ("R&R") stating that the case should be dismissed. (Doc. 21.) The day after the R&R was entered, plaintiffs sought an extension of time to respond to PHS' motion to dismiss. (Doc. 23.) The district judge granted plaintiffs' motion before considering the R&R. (Doc. 24.) The time allotted plaintiffs has expired and they have yet to

respond to the motion to dismiss. Consequently, the Court **VACATES** its prior R&R and once again recommends the dismissal of this case.

PHS, the only remaining defendant in this civil action, has moved to dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.[1] (Doc. 19.) The district judge's Order required plaintiffs to respond to PHS' motion by August 28, 2008, and they have not done so. (Doc. 24.) Consequently, the motion to dismiss is deemed unopposed. L.R. 7.5.

This *pro se* case was filed on August 27, 2007.[2] (Doc. 1.) On October 3, 2007, due to an oversight, the Court misadvised plaintiffs as to the proper service methods available to them. (Doc. 3.) Consequently, on December 19, 2007, the Court entered an order providing plaintiffs with specific instructions that explained how to serve each defendant, including PHS. (Doc. 7.) Plaintiffs were advised to perfect service upon each defendant immediately. (Id.) Despite the Court's clear instructions, PHS alleges that plaintiffs never perfected service upon them. (Doc. 19,

---

[1] In the alternative, PHS moves for summary judgment. (Doc. 19.)

[2] Although the case was filed *pro se*, plaintiffs did not proceed *in forma pauperis*, so they were not entitled to service by the U.S. Marshal.

2

Br. 2.) Accordingly, it never filed an answer or otherwise responded to plaintiffs' complaint. (Id.)

Under Rule 4(m) of the Federal Rules of Civil Procedure, a complaint must be served on a defendant within 120 days of the complaint being filed. Rule 4(m) authorizes the Court to dismiss a complaint without prejudice for failure to serve process in a timely manner. Plaintiffs filed their complaint over eleven months ago, and it has been well over eight months since the Court's order of instructions detailing proper methods of service. Because plaintiffs have failed to perfect service within 120 days or demonstrate just cause for their failure to do so, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 2nd day of September, 2008.

*[signature]*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA