IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TIMOTHY O. FANN and )
EVELYN FANN, )
 )
 )
  Plaintiffs, )
 )
v. ) CASE NO. CV407-126
 )
PRISON HEALTH SERVICES, INC., )
 )
  Defendant. )
 )

## O R D E R

After a careful de novo review of the Record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 25.) The Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly, this case is **DISMISSED**.

SO ORDERED this 3rd day of November, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA